# EXHIBIT F-2

# AMENDMENT TO CONTRACT CS 1039

CONTRACT NO: CS 1039  
EFFECTIVE: January 1, 1960

AMENDMENT NO. 2009B  
EFFECTIVE: January 1, 2009

BETWEEN: THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT  
*hereafter called the OPM, the Agency, or the Government*  
Address: 1900 E Street, NW,  
Washington, DC 20415-3610

AND  
CONTRACTOR: Blue Cross and Blue Shield Association  
*hereafter also called the Carrier*  
Address 1310 G Street, NW., Suite 900  
Washington, DC 20005

FOR THE CARRIER

*[signature]*  
Name of Person Authorized to  
Execute Contract (Type or print)

Sr. Vice President, National Programs  
Title

*[signature]* Stephen W. Gammarino  
Signature

Date Signed 7/23/09

FOR THE GOVERNMENT

Shirley R. Patterson  
Name of Contracting Officer (Type or print)

Chief, Health Insurance Group, I, Insurance  
Services Programs  
Title

*[signature]* Shirley R Patterson  
Signature

Date Signed 7/23/09

1. We are adding Section 4.14 Prior Approval of Surgery by Non-participating Providers under Standard Option to describe how certain reconsiderations of these prior approvals will be resolved.

(a) Upon reconsideration, the Local Plan will pay 70% of the Plan allowance and the difference between the Plan allowance and the surgeon's billed charge, or the lower negotiated amount agreed to by the Plan and the surgeon (the "negotiated amount"), and the member would only be responsible for 30% of the Plan allowance (subject to the calendar year deductible) if the member requests reconsideration of their claim and the member can prove:

  (1) They requested Prior Approval as provided in the Service Benefit Plan brochure prior to the surgery;
  (2) The surgery was found to be covered and medically necessary; and
  (3) The member did not receive a letter from the Plan informing the member of the Plan allowance as determined by the Plan, based on the information provided, for the medically necessary/covered procedures.

(b) Under the circumstances described in paragraph (a) the member will be held harmless for the difference between the Plan allowance and the surgeon's billed charge or the lower negotiated amount. The Local Plan's payment of the difference between the Plan allowance and the surgeon's billed charge or the lower negotiated amount, to ensure the member is held harmless, is chargeable to this contract; these charges will be reported to OPM annually.

(c) Upon reconsideration, the member would be responsible for 30% of the Plan allowance (subject to the calendar year deductible) and the difference between the Plan allowance and the surgeon's billed charge or the lower negotiated amount, if the member requests reconsideration of their claim and the Local Plan can demonstrate:

  (1) The member did not request Prior Approval, the surgery is a covered benefit, and medically necessary; or
  (2) The member requested Prior Approval, the Plan conducted a Prior Approval review and provided documentation of member notification of the approval and the Plan allowance as determined by the Plan, based on the information provided, for the procedures identified by the member/medical records.

2. We are revising Appendix A, the FEHBP Brochure by replacing pages 9, 17, 21, 35, 51, 52, 54, 55, 56, 57, 58, 60, 61, 62, with new pages reflecting the following amendments:

### Page 9, 11th bullet under "Changes to our Standard Option only" heading

> Delete: You now pay 100% of the billed amount up to a maximum of $7,500 for surgery performed by a Non-participating physician. Previously, you paid 25% of the Plan allowance, plus any difference between our allowance and the billed amount. [See Section 5(b).]
>
> Replace with: You may now receive specific benefit information in advance about non-emergency surgeries to be performed by Non-participating physicians when the charge for the surgery will be $5,000 or more. (See page 17.)

### Page 17, bottom of page

> Add: **Surgery by Non-participating providers under Standard Option**
>
> You may receive specific benefit information in advance about non-emergency surgeries to be performed by Non-participating physicians when the charge for the surgery will be **$5,000 or more**. When you contact your local Blue Cross and Blue Shield Plan before your surgery, the

Local Plan will review your planned surgery to determine your coverage, the medical necessity of the procedure(s), and the Plan allowance for the services. You can call your Local Plan at the customer service number on the back of your ID card.

*Note:* Standard Option members are not required to obtain prior approval for surgeries performed by Non-participating providers (unless the surgery is listed on page 16 or is one of the transplant procedures listed above) – even if the charge will be $5,000 or more. If you do not call your Local Plan in advance of the surgery, we will review your claim to provide benefits for the services in accordance with the terms of your coverage.

### Page 21, 4th bullet from bottom of page

Delete: Under Standard Option, your $7,500 copayment (or the total amount you paid if less than $7,500) for surgery performed by a Non-participating physician. See Section 5(b);

### Page 35, Standard Option "You Pay" column, 4th paragraph

Delete: Non-participating: 100% of the billed amount up to a maximum of $7,500 for the delivery itself and any other maternity-related surgical procedures per surgeon per surgical day (No deductible). Note: You pay 30% of the Plan allowance, plus any difference between our allowance and the billed amount (deductible applies), for all other professional services, e.g., prenatal care and surgical assistance (see below for our coverage of anesthesia).

Replace with: Non-participating: 30% of the Plan allowance, plus any difference between our allowance and the billed amount

Add: *Note:* You may receive specific benefit information in advance for the delivery itself and any other maternity related surgical procedures to be provided by a Non-participating physician when the charge for that care will be **$5,000 or more**. Call your Local Plan at the customer service number on the back of your ID card to obtain information about your coverage and the Plan allowance for the services.

### Page 51, between last 2 bullets

Add: Standard Option members may receive specific benefit information in advance about surgeries to be performed by Non-participating physicians when the charge for the surgery will be **$5,000 or more**. See page 17 for more information.

### Pages 52, 54-58, and 60-62, Standard Option "You Pay" column, 3rd paragraph

Delete: Non-participating: 100% of the billed amount up to a maximum of $7,500 for the surgery itself per surgeon per surgical day (No deductible). Note: You pay 30% of the Plan allowance, plus any difference between our allowance and the billed amount (deductible applies), for all other professional surgical services, e.g., pre- and post-operative care by the surgeon.

Replace with: Non-participating: 30% of the Plan allowance, plus any difference between our allowance and the billed amount

### Pages 52, 54, and 55, after 3rd paragraph

Add: *Note:* You may receive specific benefit information in advance about surgeries to be performed by Non-participating physicians when the charge for the surgery will be **$5,000 or more**. See page 17 for more information.

### Page 56, after 3rd paragraph

Add: *Note:* You may receive specific benefit information in advance about kidney and cornea transplants to be performed by Non-participating physicians when the charge for the surgery will be **$5,000 or more**. See page 17 for more information.

3. We are updating <u>Appendix B Subscription Rates, Charges, Allowances and Limitations</u> by adding the prior approval of surgery by Non-participating providers under Standard Option to paragraph (c).

(c) The administrative expense limit is $967,300,000 and will equal the base for calculating the 2010 Contractual Expense Limit. This number was calculated by taking the 2008 Final Agreed Limit, with adjustment factors for inflation using Bureau of Labor Statistics data for the three years ended December 31, 2007.

If the Plan meets the limit of $967,300,000 an additional amount may be charged for the Prior Approval of out-patient surgical procedures for, Morbid Obesity, Congenital Anomalies and Oral/Maxillofacial reconstruction related to accidental injury; and the prior approval of surgery by Non-participating providers under Standard Option. Prior approval of these new procedures will be added to the base when they become recurring expenses.

If the Plan meets the limit of $967,300,000 an additional amount of $14,100,000 may be charged outside the limit in recognition of the effect of technological investment in local Plans. An assessment of cost related to the existing limit must be done before the technological amount will be added to the base. A schedule of the amount allocated to each local BCBS Plan must be provided to OPM by November 30, 2008.